NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JOHNNY M. ADAMS, JR.,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

_____

2026-1383

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-3169, Judge Margaret C. Bartley.

_____

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(d) and to file the required Entry of Appearance form by an attorney admitted to the bar of this court within the time permitted, it is

2                                                                    ADAMS V. COLLINS

     ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>March 4, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court